```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
ROBERT E.,                          )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    C.A. No. 19-628 WES
                                    )
ANDREW M. SAUL,                     )
Commissioner of the Social          )
Security Administration,            )
                                    )
          Defendant.                )
_____)

**ORDER**

On July 9, 2020, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R. & R."), ECF No. 14, recommending that the Court grant Plaintiff's Motion to Reverse the Decision of the Commissioner, ECF No. 11, and deny Defendant's Motion for an Order Affirming the Decision of the Commissioner, ECF No. 13. Specifically, Magistrate Judge Sullivan determined that the ALJ erred in relying on state agency expert opinions because those experts had not reviewed certain medical records. R. & R. 2. Neither party has filed an objection to the R. & R. After having carefully reviewed the relevant papers, the Court ACCEPTS the R. & R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner, ECF No. 11, is GRANTED and Defendant's Motion for an Order Affirming the Decision of the Commissioner, ECF No. 13, is DENIED.  Final judgment shall enter in favor of Plaintiff, and this matter shall be remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
District Judge
Date: July 31, 2020